PAUL L. REIN, Esq. (State Bar No. 43053)
JULIE OSTIL, Esq. (State Bar No. 215202)
ANN WINTERMAN (State Bar No. 222257)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
510/832-5001 phone
510/832-4787 fax

Attorneys for Plaintiffs
JAN OVERBO and
NICOLE BROWN-BOOKER

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN OVERBO and<br>NICOLE BROWN-BOOKER,<br><br>    Plaintiffs,<br><br>v.<br><br>LOEWS CALIFORNIA THEATRES,<br>INC. dba AMC LOEWS METREON 16<br>IMAX; WESTFIELD CORPORATION;<br>and DOES 1-10, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. C07-05368 WDB<br>Civil Rights<br><br><br>**CERTIFICATION OF<br>INTERESTED ENTITIES OR<br>PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: October 24, 2007                LAW OFFICES OF PAUL L. REIN

                                       *[signature]*
                                       By JULIE A. OSTIL
                                       Attorneys for Plaintiffs
                                       JAN OVERBO and
                                       NICOLE BROWN-BOOKER

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. C07-05368 WDB                         -1-                 S:\SLR\BLACKWELL\CERT INT PARTIES.PL.wpd