PAUL L. REIN, Esq. (SBN 43053)
JULIE A. OSTIL, Esq. (SBN 215202)
ANN WINTERMAN, Esq. (SBN 222257)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

Attorney for Plaintiffs:
JANA OVERBO and
NICOLE BROWN-BOOKER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANA OVERBO and NICOLE BROWN-BOOKER,<br><br>　　　Plaintiffs,<br><br>v.<br><br>LOEWS CALIFORNIA THEATRES, INC., dba AMC LOEWS METREON 16 IMAX; WESTFIELD CORPORATION; and DOES 1-10, inclusive,<br><br>　　　Defendants.<br>_____/ | CASE NO. C07-05368 WDB<br>Civil Rights<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

　　　In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: October 24, 2005　　　　　PAUL L. REIN
　　　　　　　　　　　　　　　　JULIE A. OSTIL
　　　　　　　　　　　　　　　　ANN WINTERMAN
　　　　　　　　　　　　　　　　LAW OFFICES OF PAUL L. REIN

　　　　　　　　　　　　　　　　*/s/ Julie Ostil*
　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　JANA OVERBO and NICOLE BROWN-BOOKER

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Consent to Proceed before a U.S. Magistrate:
Case No. C07-05368 WDB

— 1 —

s:\jo\cases\m\metreon\pleadings\n. dist consent to magistrate judge.doc