| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| PAUL L. REIN ESQ, Bar #43053<br>LAW OFFICES OF PAUL L. REIN<br>200 LAKESIDE DRIVE, STE A<br>Oakland, CA 94612<br>Telephone No: 510-832-5001    FAX No: 510-832-4787 | | |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| United States County Northern Court District Court Branch | | |
| Plaintiff: OVERBO | | |
| Defendant: LOEWS | | |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0705368WDB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE COMPLAINT, SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS, STANDING ORDER OF U.S. MAGISTRATE JUDGE, STANDING ORDER FOR ALL JUDGES OF THE NORTHER DISTRICT, NOTICE OF ASSIGNMENT OF CASE TO U.S. MAGISTRATE JUDGE, BLANK CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE, BLANK DECLINATION TO PROCEED BEFORE A U.S. MAGISTRATE, CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE, ECF REGISTRATION INFORMATION HANDOUT

3. a. Party served:    LOEWS CALIFORNIA THEATRES, INC. DBA AMC LOEWS METREON 16 IMAX
   b. Person served:    BECKY DEGEORGE - AUTHORIZED TO ACCEPT

4. Address where the party was served:    CSC
   2730 GATEWAY OAKS SUITE 100
   SACRAMENTO, CA 95833

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Oct. 25, 2007 (2) at: 1:00PM

7. Person Who Served Papers:    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. PHIL OLIVAS
   d. The Fee for Service was:    $105.00
   
   ONE HOUR LEGAL
   1280 BOULEVARD WAY #205
   WALNUT CREEK, CA 94595
   (925) 947-3470
   FAX (925) 947-3480
   WWW.ONEHOUR.NET
   
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.:    #93-027
      (iii) County:    Sacramento

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Oct. 25, 2007

(PHIL OLIVAS)

Judicial Council Form                    PROOF OF SERVICE
Rule 982.9(a)&(b) Rev January 1, 2007    SUMMONS IN A CIVIL CASE                    reinpr.8840