| Attorney or Party without Attorney: <br> PAUL L. REIN ESQ, Bar #43053 <br> LAW OFFICES OF PAUL L. REIN <br> 200 LAKESIDE DRIVE, STE A <br> Oakland, CA 94612 <br> Telephone No: 510-832-5001   FAX No: 510-832-4787 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff   Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States County Northern Court District Court Branch

Plaintiff: OVERBO
Defendant: LOEWS

| PROOF OF SERVICE <br> SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C0705368WDB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE COMPLAINT, SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS, STANDING ORDER OF U.S. MAGISTRATE JUDGE, STANDING ORDER FOR ALL JUDGES OF THE NORTHER DISTRICT, NOTICE OF ASSIGNMENT OF CASE TO U.S. MAGISTRATE JUDGE, BLANK CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE, BLANK DECLINATION TO PROCEED BEFORE A U.S. MAGISTRATE, CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE, ECF REGISTRATION INFORMATION HANDOUT

3. a. Party served:    WESTFIELD CORPORATION
   b. Person served:   MARGARET WILSON, AUTHORIZED TO ACCEPT

4. Address where the party was served:   C.T. CORPORATION
   818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Oct. 26, 2007 (2) at: 2:30PM

7. Person Who Served Papers:
   a. B. ANDERSON



1280 BOULEVARD WAY #205
WALNUT CREEK, CA 94595
(925) 947-3470
FAX (925) 947-3480
WWW.ONEHOUR.NET

   d. The Fee for Service was:   $291.00
   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.:   #3991
      (iii) County:   Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Oct. 29, 2007

(B. ANDERSON)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

reinpr.8842