```
 1  KATTEN MUCHIN ROSENMAN LLP
    Thomas J. Leanse (CA84638)
 2  Thomas.Leanse@kattenlaw.com
    Helen M. Cho (CA248290)
 3  Helen.Cho@kattenlaw.com
    2029 Century Park East
 4  Suite 2600
    Los Angeles, CA 90067-3012
 5  Telephone:  310.788.4400
    Facsimile:  310.788.4471
 6
    Attorneys for Defendant WESTFIELD LLC
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANA OVERBO and NICOLE BROWN-BOOKER,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>LOEWS CALIFORNIA THEATRES, INC. dba AMC LOEWS METREON 16 IMAX; WESTFIELD CORPORATION; and DOES 1-10, Inclusive<br><br>　　　　Defendant. | CASE NO. 4:07-CV-05368<br><br>**CERTIFICATE OF INTERESTED ENTITIES BY DEFENDANT WESTFIELD LLC** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed person, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: The Westfield Group, a publicly-traded company.

Dated: November 15, 2007

KATTEN MUCHIN ROSENMAN LLP
Thomas J. Leanse
Helen M. Cho

　　　/s/  Thomas J. Leanse
Thomas J. Leanse
Attorney for Defendant
Westfield, LLC

LAX01_31406042v1_201808-01625

DEFENDANT WESTFIELD LLC CERTIFICATE OF INTERESTED ENTITIES, CASE NO. 4:07-CV-05368

**PROOF OF SERVICE**

STATE OF CALIFORNIA      )
                         ) ss
COUNTY OF LOS ANGELES    )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012. On November 15, 2007, I served the following document:

**CERTIFICATE OF INTERESTED ENTITIES BY DEFENDANT WESTFIELD LLC**

|   | |
|---|---|
|   | **FACSIMILE:** I sent such document from facsimile machine 310.788.4471 on November 15, 2007. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine 310.788.4471 which confirms said transmission and receipt. |
| X | **MAIL:** by placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below. |
|   | **FEDEX:** by placing the document listed above in a sealed FEDEX envelope and affixing a pre-paid air bill and causing the envelope to be delivered to a FEDEX agent for delivery to the person(s) at the address(es) set forth below. |
|   | **BY E-MAIL:** I hereby certify that this document was served by e-mail delivery on the parties listed below at their most recent e-mail of record |

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

( ) **STATE** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(X) **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 15, 2007, at Los Angeles, California.

/s/
_____
Kathleen Beaver

31405869

<pre>
 1                              SERVICE LIST
 2
         **ATTORNEYS FOR PLAINTIFFS**              **ATTORNEYS FOR LOEWS**
 3       Ann Michele Winterman, Esq.               Sara Gillian Noel, Esq.
         Julie Ostil, Esq.                         Akin Gump Strauss Hauer & Feld LLP
 4       Paul Leslie Rein, Esq.                    580 California Street, Suite 1500
         Law Offices of Paul L. Rein               San Francisco, CA 94104
 5       200 Lakeside Drive, Suite A
         Oakland, CA 94612
 6
</pre>

LAX01_31406116_1_201808_01625 11/15/2007 5:43 PM