1  AKIN GUMP STRAUSS HAUER & FELD LLP
   LAURA M. FRANZE (SBN 250316)
2  lfranze@akingump.com
   1700 Pacific Ave., Suite 4100
3  Dallas, Texas 75201
   Telephone: 214-969-2800
4  Facsimile: 214-969-4343

5  AKIN GUMP STRAUSS HAUER & FELD LLP
   SARA G. NOEL (SBN 226764)
6  sgnoel@akingump.com
   580 California Street, Suite 1500
7  San Francisco, California 94104-1036
   Telephone: 415-765-9500
8  Facsimile: 415-765-9501

9  Attorneys for Defendant LOEWS CALIFORNIA
   THEATRES, INC.
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13
   JANA OVERBO and                    Case No. C07-05368 WDB
14 NICOLE BROWN-BOOKER,
                                      **STIPULATION AND [PROPOSED]
15              Plaintiffs,           ORDER EXTENDING TIME TO
                                      RESPOND TO COMPLAINT**
16      v.
                                      Magistrate Judge Wayne D. Brazil
17 LOEWS CALIFORNIA THEATRES, INC.
   dba AMC LOEWS METREON 16 IMAX;
18 WESTFIELD CORPORATION; and DOES
   1 through 10, inclusive,
19
                Defendants.
20

21      WHEREAS, plaintiffs Jana Overbo and Nicole Brown-Booker filed this action (the "Action")

22 on October 19, 2007 against defendants Loews California Theatres, Inc. dba AMC Loews Metreon 16

23 IMAX, and Westfield Corporation;

24      WHEREAS, the Complaint was served on defendant Loews California Theatres, Inc. on

25 October 25, 2007;

26      WHEREAS, the deadline for defendant Loews California Theatres, Inc. to respond to the

27 Complaint is currently November 28, 2007;

28

6166247 v1                              1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

1  WHEREAS, defendant Loews California Theatres, Inc. believes the proper defendant party to
2  be American Multi-Cinema, Inc.;
3  WHEREAS, the parties are continuing to discuss the issue of whether defendant Loews
4  California Theatres, Inc. is properly named in the Complaint, and are assessing whether American
5  Multi-Cinema, Inc. should respond to the Complaint for defendant Loews California Theatres, Inc., but
6  ask for twenty days for American Multi-Cinema, Inc. to complete this assessment and file such
7  response;
8  WHEREAS, the parties would like to minimize fees and expenses in the Action while these
9  discussions are pending;
10 WHEREAS, the parties previously sought one extension of time to respond to the Complaint in
11 this Action to investigate the proper party issue and have made progress on this issue;
12 NOW, THEREFORE, the parties hereby stipulate and agree to extend the deadline for
13 responding to the Complaint for American Multi-Cinema, Inc., on behalf of defendant Loews
14 California Theatres, Inc., or by defendant Loews California Theatres, Inc., as applicable, for 20 days,
15 until and including Tuesday, December 18, 2007.

Dated: November 28, 2007

LAW OFFICES OF PAUL L. REIN

By /s/ Julie A. Ostil
      Julie A. Ostil

Attorneys for PLAINTIFFS

Dated: November 28, 2007

AKIN GUMP STRAUSS HAUER & FELD LLP

By /s/ Sara G. Noel
      Sara G. Noel

Attorneys for Defendant LOEWS CALIFORNIA THEATRES, INC.

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: 11-29-07

_____
HON. WAYNE D. BRAZIL

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, Suite 1500, San Francisco, CA 94104. On November 28, 2007, I served the foregoing document(s) described as: STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT on the interested party(ies) below, using the following means:

Paul L. Rein, Julie A. Ostil, and Ann Winterman
Law Offices of Paul L. Rein
200 Lakeside Drive, Suite A
Oakland, CA 94612

☒ BY UNITED STATES MAIL   I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at San Francisco, California.

☐ BY OVERNIGHT DELIVERY   I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ BY MESSENGER SERVICE   I served the documents by placing them in an envelope or package addressed to the respective address(es) of the party(ies) stated above and providing them to a professional messenger service for service.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 28, 2007 at San Francisco, California.

HOLLY B. TOSCHI
[Name of Person Executing Proof]          [Signature]

6166247 v1                          3

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT