AKIN GUMP STRAUSS HAUER & FELD LLP
LAURA M. FRANZE (SBN 250316)
lfranze@akingump.com
1700 Pacific Ave., Suite 4100
Dallas, Texas 75201
Telephone: 214-969-2800
Facsimile: 214-969-4343

AKIN GUMP STRAUSS HAUER & FELD LLP
SARA G. NOEL (SBN 226764)
sgnoel@akingump.com
580 California Street, Suite 1500
San Francisco, California 94104-1036
Telephone: 415-765-9500
Facsimile: 415-765-9501

Attorneys for Defendant/Cross-Defendant
AMC MULTI-CINEMA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANA OVERBO and NICOLE BROWN-BOOKER,<br><br>Plaintiffs,<br><br>v.<br><br>LOEWS CALIFORNIA THEATRES, INC. dba AMC LOEWS METREON 16 IMAX; WESTFIELD CORPORATION; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No. C07-05368 WDB<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br>Date Action Filed: Oct. 19, 2007<br><br>Magistrate Judge Wayne D. Brazil |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: February 14, 2008

AKIN GUMP STRAUSS HAUER & FELD LLP

By _____
Sara G. Noel

Attorneys for Defendant/Cross-Defendant
AMC MULTI-CINEMA, INC.