Thomas J. Leanse (Cal. Bar No. 84638)
Thomas.Leanse@kattenlaw.com
Helen M. Cho (Cal. Bar No. 248290)
Helen.Cho@kattenlaw.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
Telephone:  310.788.4400
Facsimile:  310.788.4471

Attorneys for Defendants
WESTFIELD, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANA OVERBO and NICOLE BROWN-BOOKER<br><br>Plaintiffs,<br><br>vs.<br><br>LOEWS CALIFORNIA THEATRES, INC. dba AMC LOEWS METREON 16 IMAX; WESTFIELD CORPORATION; and DOES 1-10, Inclusive<br><br>Defendants.<br>_____ | **CASE NO. 4:07-cv-05368 WDB**<br><br>**Assigned to Hon. Judge Wayne D. Brazil**<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>Complaint Filed: October 19, 2007<br>Trial Date:          TBD |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: February 14, 2008          KATTEN MUCHIN ROSENMAN LLP
                                                         Thomas J. Leanse
                                                         Helen M. Cho

                                                          /s/  Thomas J. Leanse
                                                         Attorney for Defendant
                                                         WESTFIELD, LLC

DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE/REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

LAX01_31420530v1_201808-01625