UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANA OVERBO AND NICOLE BROWN-BOOKER,

        Plaintiffs,

  v.

LOEWS CALIFORNIA THEATERS, INC., et al.

        Defendants.
_____/

No. C 07-5368 WDB

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge.

Dated: February 19, 2008

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By: SarahWeinstein
    Law Clerk/Deputy Clerk

Copies to:
    All parties
    WDB
    Stats

G:\WDBLC1\FORMS\impending reassignment clerks notice for ADA case.frm