UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANA OVERBO and
NICOLE BROWN-BOOKER

CASE NO. C07-05368 WDB

Plaintiff(s),
v.

NOTICE OF NEED FOR MEDIATION
(ADA ACCESS CASES)

LOEWS CALIFORNIA THEATRES, INC.,
dba AMC LOEWS METREON 16 IMAX;
WESTFIELD CORPORATION; and DOES
1-10, inclusive,

Defendant(s).    /

Plaintiff reports that the joint site inspection occurred on 1/28/08 and 4/15/08.
Although 45 days have passed, the parties have not reached an agreement. In accordance with General Order No. 56, the matter should be set for mediation.

Dated: 5/13/08

*Julie Ostil*
Attorney for Plaintiff

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for Mediation."