Thomas J. Leanse (SBN 84638)
Helen M. Cho (SBN 248290)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
TEL: (310) 788-4400 - FAX: (310) 788-4471

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANA OVERBO and NICOLE BROWN-BOOKER<br><br>v.                                Plaintiff(s)<br><br>LOEWS CALIFORNIA THEATERS, INC. dba AMC LOEWS METREON 16 IMAX; WESTFIELD CORPORATION; and DOES 1-10, inclusive<br>                                    Defendant(s) | CASE NUMBER:<br>4:07-cv-05368 WDB<br><br>**SUBSTITUTION OF ATTORNEY** |

WESTFIELD, LLC       [ ] Plaintiff  [X] Defendant  [ ] Other _____
*Name of Party*

hereby substitutes  M. Brett Burns of Akin Gump Strauss Hauer & Feld LLP    who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   580 California Street, Suite 1500
                                                                *Street Address*

San Francisco, CA 94104-1036      (415) 765-9500     (415) 765-9501     **256965**
*City, State, Zip Code*           *Telephone Number*  *Facsimile Number*  *State Bar Number*

as attorney of record in the place and stead of Thomas J. Leanse and Helen M. Cho of Katten Muchin Rosenman LLP
                                                                                *Present Attorney*

Dated: ~~May __, 2008~~ July 1, 2008

*Signature of Party*

for WESTFIELD, LLC

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: ~~May __, 2008~~ July 1, 2008

*Signature of Present Attorney*

Helen M. Cho

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: ~~May~~ JUNE 26, 2008

*Signature of New Attorney*

M. Brett Burns

Substitution of Attorney is hereby  [ ] Approved.  [ ] Denied.

Dated: _____                    _____
                                          United States District Judge / Magistrate Judge

NOTICE TO COUNSEL: *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                                          G-01