M. BRETT BURNS (SBN 256965)
mbrettburns@hunton.com
Y. ANNA SUH (SBN 228632)
asuh@hunton.com
HUNTON & WILLIAMS LLP
575 Market Street, Suite 3700
San Francisco, California 94105
Telephone: 415-975-3700
Facsimile: 415-975-3701

Attorneys for Defendant
WESTFIELD, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANA OVERBO and<br>NICOLE BROWN-BOOKER,<br><br>        Plaintiffs,<br><br>    v.<br><br>LOEWS CALIFORNIA THEATRES, INC.<br>dba AMC LOEWS METREON 16 IMAX;<br>WESTFIELD CORPORATION; and DOES<br>1 through 10, inclusive,<br><br>        Defendants. | Case No. 3:07-cv-05368-MHP<br><br>NOTICE OF CHANGE OF ADDRESS FOR DEFENDANT WESTFIELD LLC<br><br>Date Action Filed: Oct. 19, 2007<br><br>Honorable Marilyn H. Patel |
| AND RELATED CROSS-ACTION. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT M. Brett Burns has changed firms and that his new contact information is:

Hunton & Williams LLP

575 Market Street, Suite 3700

San Francisco, CA 94105

Tel: (415) 975-3700

Fax: (415) 975-3701

---

1
NOTICE OF CHANGE OF ADDRESS FOR ATTORNEY FOR DEFENDANT WESTFIELD LLC
[3:07-cv-05368-MHP]

1  He will still remain as counsel for defendant Westfield, LLC, and service of any documents should be
2  made accordingly.
3
4  Dated: July 14, 2008                    By  /s/ Y. Anna Suh
                                                Y. Anna Suh
5                                               HUNTON & WILLIAMS LLP
                                                Attorneys for Defendant
6                                               WESTFIELD, LLC
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF CHANGE OF ADDRESS FOR ATTORNEY FOR DEFENDANT WESTFIELD LLC
[3:07-cv-05368-MHP]