```
 1  SARA G. NOEL (SBN 226764)
    snoel@akingump.com
 2  AKIN GUMP STRAUSS HAUER & FELD LLP
    580 California Street, Suite 1500
 3  San Francisco, California 94104-1036
    Telephone: 415-765-9500
 4  Facsimile: 415-765-9501

 5  Attorneys for Defendant/Cross-Defendant,
    LOEWS CALIFORNIA THEATRES, INC., dba AMC
 6  LOEWS METREON 16 IMAX

 7

 8                   UNITED STATES DISTRICT COURT

 9                  NORTHERN DISTRICT OF CALIFORNIA

10
```

| | |
|---|---|
| JANA OVERBO and<br>NICOLE BROWN-BOOKER,<br><br>        Plaintiffs,<br><br>    v.<br><br>LOEWS CALIFORNIA THEATRES, INC.<br>dba AMC LOEWS METREON 16 IMAX;<br>WESTFIELD CORPORATION; and DOES<br>1 through 10, inclusive,<br><br>        Defendants. | Case No. 3:07-cv-05368-MHP<br><br>SUBSTITUTION OF ATTORNEY<br><br>Date Action Filed: Oct. 19, 2007<br><br>Honorable Marilyn H. Patel |
| AND RELATED CROSS-ACTION. | |

Defendant LOEWS CALIFORNIA THEATERS, INC., dba AMC LOEWS METREON 16 IMAX, hereby substitutes M. Brett Burns (SBN 256965) and Y. Anna Suh (SBN 228632), of Hunton & Williams LLP (575 Market Street, Suite 3700, San Francisco CA 94105, telephone (415) 975-3700, facsimile (415) 975-3701), who are retained counsel, as attorney of record in the place and stead of Sara G. Noel, of Akin Gump Strauss Hauer & Feld LLP.

Dated: _____     By _____
                                    Phil Pennington
                                    for LOEWS CALIFORNIA THEATERS, INC.

---
1
SUBSTITUTION OF ATTORNEY
[3:07-cv-05368-MHP]

I consent to the above substitution and hereby withdraw as counsel from this action, subject to approval by this Court. Written notice has been given pursuant to Local Rule 11-5.

Dated: July 14, 2008    By _____

Sara G. Noel
AKIN GUMP STRAUSS HAUER & FELD LLP

I am duly admitted to practice in this District pursuant to Local Rule 11-1.

Dated: July 14, 2008    By _____

Y. Anna Suh
HUNTON & WILLIAMS LLP

Substitution of Attorney is hereby ☒ Approved.    ☐ Denied.

Dated: July 14, 2008    _____

HON. MARILYN HALL PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
SUBSTITUTION OF ATTORNEY
[3:07-cv-05368-MHP]